G. Thomas Martin, III, Esq. (SBN 218456)
Nicholas J. Bontrager, Esq. (SBN 252114)
**MARTIN & BONTRAGER, APC**
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
Telephone: (323) 940-1700
Fax: (323) 238-8095
tom@mblawapc.com
nick@mblawapc.com
Attorneys for Plaintiff
RICHARD GRAHAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GRAHAM,<br><br>    Plaintiff,<br><br>  vs.<br><br>SELECT PORTFOLIO SERVICING,<br><br>    Defendant(s). | Case No.: 3:15-cv-00466-HLA-JBT<br><br>**NOTICE OF SETTLEMENT AS TO SELECT PORTFOLIO SERVICING ONLY** |

NOW COMES Plaintiff, RICHARD GRAHAM, by and through the undersigned counsel, and hereby notifies this Honorable Court that Plaintiff has reached a settlement agreement with Select Portfolio Servicing only.  Plaintiff and Select Portfolio Servicing, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, of Select Portfolio Servicing, within sixty (60) days.

| | |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| Dated: April 12, 2016 | **MARTIN & BONTRAGER, APC** |
| | By: /s/ G. Thomas Martin, III |
| | G. Thomas Martin, III |
| | *Attorney for Plaintiff*  *Richard Graham* |