1  G. Thomas Martin, III, Esq. (SBN 218456)
2  Nicholas J. Bontrager, Esq. (SBN 252114)
   **MARTIN & BONTRAGER, APC**
3  6464 W. Sunset Blvd., Suite 960
4  Los Angeles, CA 90028
   Telephone: (323) 940-1700
5  Fax: (323) 238-8095
6  tom@mblawapc.com
   nick@mblawapc.com
7  Attorneys for Plaintiff
   RICHARD GRAHAM
8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  RICHARD GRAHAM,                    Case No.: 3:15-cv-00466-HLA-JBT
14              Plaintiff,
15       vs.                           **NOTICE OF SETTLEMENT OF
                                        ENTIRE OF ACTION**
16  SELECT PORTFOLIO SERVICING,
17  EQUIFAX INFORMATION
    SERVICES, LLC; EXPERIAN
18  INFORMATION SOLUTIONS, INC.
19              Defendant(s).

20      NOW COMES Plaintiff, RICHARD GRAHAM, by and through the undersigned
21
22  counsel, and hereby notifies this Honorable Court that Plaintiff has reached a settlement
23  with Defendants Select Portfolio Servicing, Equifax Information Services, LLC and
24  Experian Information Solutions, Inc. and this matter is now settled in its entirety.
25
26  Plaintiff and each of the Defendants, through counsel, are working cooperatively to
27  consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a
28

                                        -1-

1  *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, of the defendants, within thirty

2  (30) days.

3

4                                        RESPECTFULLY SUBMITTED,

5  Dated: April 19, 2016              **MARTIN & BONTRAGER, APC**

6

7                                        By: /s/ G. Thomas Martin, III

8                                        G. Thomas Martin, III

                                         *Attorney for Plaintiff*
9                                        *Richard Graham*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28